

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00117-CR

_____

JERRY DON WHATLEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 294th District Court
Van Zandt County, Texas
Trial Court No. CR05-00442

Before Morriss, C.J., Carter and Moseley, JJ.

O  R  D  E  R

Jerry Don Whatley appeals from his conviction of aggravated sexual assault.  The clerk's record was filed July 6, 2012, and the reporter's record was filed October 4, making the appellant's brief due November 5.  On November 7, counsel for appellant filed a motion seeking an extension of appellant's briefing deadline.  The motion was granted, and the deadline was extended to December 5.  On December 7, counsel for appellant filed a motion seeking a second extension of the briefing deadline.  Again, the motion was granted, and the deadline was extended to January 7, 2013.  On January 7, counsel for appellant filed a third motion to extend the deadline for filing appellant's brief.

We have reviewed counsel's third motion to extend and the record on appeal, and we have been provided with no compelling information to convince us that this brief requires more time to prepare.  The motion to extend time to file appellant's brief is overruled.

We order counsel to file appellant's brief with this Court on or before February 14, 2013.

IT IS SO ORDERED.

BY THE COURT

Date:   January 16, 2013

2